DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Douglas Hayes

    Plaintiff,

vs.

Civil No. 04-cv-01599-BR

Commissioner of Social Security

    **Defendant.**

**ORDER GRANTING AWARD OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant in the amount of costs in the amount of **$7.50**, expenses in the amount of **$11.71**, and attorney's fees in the amount of **$3986.81** for a total amount of **$4006.02**, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920.

Done this 30th day of January, 2005.

_____
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**